JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>　　　Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY,<br><br>　　　Respondent. | Case No. 2:20-cv-05272-SB (SP)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus, as amended, is denied and dismissed with prejudice.

Date: April 3, 2024

　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge