# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID HERNANDEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>W.L. MONTGOMERY,<br>Warden,<br><br>                    Respondent. | Case No. 2:20-cv-05272-SB (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Reconsideration, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that petitioner's Motion for Reconsideration (docket no. 63) is denied.

Dated:  August 13, 2024



HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE